## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CHRISTOPHER M. VIGNA, JR.,

    Plaintiff,

v.                                                                Case No.: 8:16-cv-43-T- 30EAJ

LAKEWOOD RANCH ANESTHESIA, PL,

    Defendant.

_____/

## JOINT REPORT REGARDING SETTLEMENT

    Plaintiff, CHRISTOPHER M. VIGNA, JR. ("Plaintiff"), and Defendant, LAKEWOOD RANCH ANESTHESIA, PL ("Defendant"), by and through their undersigned counsel and pursuant to the Court's FLSA Scheduling Order, hereby submit this Joint Report Regarding Settlement and state as follows:

    1.    Counsel for Plaintiff and Counsel for Defendant conducted an in-person settlement conference on April 29, 2016, at 1:00 p.m. at Plaintiff's Counsel's office in St. Petersburg, Florida.

    2.    The parties were unable to settle this matter and are currently at an impasse.

    3.    The parties will file their Case Management Report on or before May 27, 2016.

Respectfully submitted this 26th day of May, 2016.

| | |
|---|---|
| */s/Craig L. Berman* | */s/Matthew D Westerman* |
| Craig L. Berman, Esq. | Matthew D. Westerman, Esq. |
| Fla. Bar No.: 068977 | Fla. Bar No.: 0175404 |
| Berman Law Firm, P.A. | Fisher & Phillips LLP |
| 111 Second Avenue N.E. | 101 East Kennedy Blvd. |
| Suite 706 | Suite 2350 |
| St. Petersburg, Florida 33701 | Tampa, Florida 33602 |
| Tel: (727) 550-8989 | Tel.: (813) 769-7500 |
| Fax: (727) 894-6251 | Fax: (813) 769-7501 |
| cberman@tampabay.rr.com | mwesterman@laborlawyers.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

FPDOCS 31738777.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May, 2016, the foregoing was filed electronically with the Clerk of Court using the Court's CM/ECF electronic filing system which will automatically send electronic notification to all counsel of record.

<em>/s/Matthew D. Westerman</em><br>
Attorney