## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CHRISTOPHER M. VIGNA, JR.,

    Plaintiff,

v.                                               CASE NO. 8:16-cv-00043-JSM-AAS

LAKEWOOD RANCH ANESTHESIA, PL,

    Defendant.

_____/

### MEDIATION REPORT

In accordance with the Court's Mediation Order(s), a mediation conference was held on **September 23, 2016,** and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference and each possessed the requisite settlement authority:

    __X__    Defendant and its counsel were in attendance.

    __X__    Plaintiff and his counsel were in attendance.

    _____    Designated corporate representatives.

    _____    Required claims professionals.

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:   None

(c) The outcome of the mediation conference was:

    _____    <u>The case completely settled.</u> In accordance with Local Rule 9.06(b), lead counsel will promptly notify the court of settlement in accordance with Local Rule 3.08 within ten (10) days of the mediation conference.

|  |  |
|---|---|
| \_\_\_\_\_ | The case has been partially resolved and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this court to resolve: |
| \_\_\_\_\_ | The conference was continued with the consent of all parties and counsel. The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding judge. Mediation reports will be filed after additional conferences are complete. |
| **X** | **The parties reached an IMPASSE.** |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2016, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, who will provide electronic notification to the following:

Craig L. Berman
Berman Law Firm, P.A.
Plaza Tower, Suite 706
111 Second Avenue N.E.
St. Petersburg, FL 33701

Matthew D. Westerman
Fisher & Phillips, LLP
101 E. Kennedy Blvd., Suite 2350
Tampa, FL 33602

Mark A. Hanley
Florida Bar No: 328405
Email: mhanley@bradley.com
**BRADLEY ARANT BOULT CUMMINGS LLP**
100 S. Ashley Drive, Suite 1300
Tampa, Florida 33602
(813) 229-3333 - telephone
(813) 229-5946 - facsimile
*Mediator*

2

1/4093890.1