UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CHRISTOPHER M. VIGNA, JR.,**

    Plaintiff,                                  CASE NO. 8:16-cv-43-T-30EAJ

v.

**LAKEWOOD RANCH ANESTHESIA, PL.,**

    Defendant.
_____/

## DEFENDANT'S NOTICE OF SETTLEMENT

Defendant Lakewood Ranch Anesthesia, PL, pursuant to Local Rule 3.08(a), Middle District of Florida Local Rules, and by and through undersigned counsel, hereby file this Notice of Settlement of the above-captioned action. The parties are in the process of preparing and executing settlement documents, following which they will file a Joint Motion to Approve Settlement and Dismiss Case with Prejudice.

Respectfully submitted this 20th day of December 2016.

                                              FISHER & PHILLIPS LLP

                                              */s/Lisa McGlynn*_____
                                              Andrew Froman, Esq.
                                              Florida Bar No.: 019429
                                              afroman@fisherphillips.com
                                              Lisa Ann McGlynn, Esq.
                                              Florida Bar No. 0056327
                                              lmcglynn@fisherphillips.com
                                              101 E. Kennedy Boulevard
                                              Suite 2350
                                              Tampa, Florida 33602
                                              Telephone: (813) 769-7500
                                              Facsimile: (813) 769-7501

                                              *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I CERTIFY that on December 20, 2016, I electronically filed the foregoing motion with the Clerk of Court by using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

Craig L. Berman
Berman Law Firm, PA
Plaza Tower, Suite 706
111 2nd Avenue NE
St. Petersburg, FL 33701
craig@bermanlawpa.com

*s/ Lisa McGlynn*_____
Attorney