UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER M. VIGNA, JR.,

    Plaintiff,

v.                              Case No: 8:16-cv-43-T-30AAS

LAKEWOOD RANCH ANESTHESIA, PL,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon the Parties' Joint Motion to Dismiss Complaint and for Approval of Settlement Agreement (Dkt. 26). Upon review, it is ORDERED AND ADJUDGED that:

1.     The Parties' Joint Motion to Dismiss Complaint and for Approval of Settlement Agreement (Dkt. 26) is GRANTED.

2.     The Court approves the Parties' settlement.

3.     This case is dismissed with prejudice.

**DONE** and **ORDERED** in Tampa, Florida, on January 27th, 2017.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record